1  (Counsel for the parties listed on next page)
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11 | ROLAND JOSE, as an individual and on behalf of all others similarly situated, | No. CV10 2919 JHN (CWx)
12 | | **CLASS ACTION**
13 | Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR PROTECTIVE ORDER**
14 | vs. |
15 | SODEXO, INC., a corporation; and DOES 1 through 100, inclusive, |
16 | |
17 | Defendants. |

18

19     Pursuant to the parties' Joint Stipulation for Protective Order, and good cause
20 appearing therefor,
21     IT IS ORDERED that the parties' Joint Stipulation for Protective Order be and
22 hereby is GRANTED and their Stipulation ADOPTED as the order of the Court.
23     Dated: July 7, 2010.     _____
24                                Carla M. Woehrle
                                  United States Magistrate Judge
25
26
27
28

1  STANLEY D. SALTZMAN  (Cal. State Bar No. 090058)
2  ALAN S. LAZAR (Cal. State Bar No. 125820)
   MARCUS J. BRADLEY (Cal. State Bar No. 174156)
3  LYNN P. WHITLOCK (Cal. State Bar No. 127537)
   KILEY L. GROMBACHER (Cal. State Bar No. 245960)
4  MARLIN & SALTZMAN, LLP
   29229 Canwood Street, Suite 208
5  Agoura Hills, California  91301
   Telephone: (818) 991-8080
6  Facsimile: (818) 991-8081
7  ssaltzman@marlinsaltzman.com
   alazar@marlinsaltzman.com
8  mbradley@marlinsaltzman.com
   lwhitlock@marlinsaltzman.com
9  kgrombacher@marlinsaltzman.com

10
   WALTER HAINES (Cal. State Bar No. 71075)
11 UNITED EMPLOYEES LAW GROUP, PC
   110 Pine Avenue, Suite 725
12 Long Beach, California  90802
   Telephone: (888) 474-7242
13 Facsimile: (866) 435-7471
14 walter@whaines.com

15 Attorneys for Plaintiff and the Proposed Plaintiff Class

16 JEFFREY D. WOHL (Cal. State Bar No. 96838)
17 JENNIFER L. ROTH (Cal. State Bar No. 260616)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
18 55 Second Street, 24th Floor
   San Francisco, California  94105
19 Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
20 jeffwohl@paulhastings.com
21 jenniferroth@paulhastings.com

22 Attorneys for Defendant
   Sodexo, Inc.
23
24
25
26
27
28